# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

JOHN MOORE, III,

    Plaintiff,

v.                                             Case No. 3:19cv4824-LC/HTC

WALKER CLEMONS, et al.

    Defendants.

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 3, 2020 (ECF No. 8). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF Doc. 8) is adopted and incorporated by reference in this order.

2. This case is DISMISSED without prejudice under 28 U.S.C. § 1915A(b)(1) as malicious for Plaintiff's abuse of the judicial process.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 4th day of March, 2020.

      *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

3:19cv4824-LC/HTC